UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

**FILED MAR 0 6 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

EDWIN BRZTOWSKI, VIKTORIA HUFFMAN, and B. P.-C., a minor by his mother and next friend, SUZANNE PIERCE-COGGINS,,

    Plaintiffs,

v.

MCDONALD'S CORPORATION, and, SENSIENT TECHNOLOGIES CORP., d/b/a SENSIENT FLAVORS, INC.,

    Defendants.

No.

08CV 1354
JUDGE SHADUR
MAGISTRATE JUDGE VALDEZ

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441(b), and 1446, defendant Sensient Technologies, Inc. ("Sensient"), by its undersigned attorneys, removes to this Court the case styled *Edwin Brztowski, et al. vs. McDonald's Corporation, et al.*, currently pending as case number 2008LC001152 in the Circuit Court of Cook County, Illinois.

In support of removal, Sensient states as follows:

1. Plaintiffs filed a summons and complaint against McDonald's Corporation ("McDonald's") and Sensient in the Circuit Court of Cook County, Illinois on January 31, 2008.

2. Plaintiffs served Sensient with a copy of the summons and complaint on February 8, 2008. Attached as **Exhibit A** is a true and correct copy of the summons.

3. Plaintiffs served McDonald's with a copy of the summons and complaint on February 13, 2008.

4. This Notice of Removal is filed within 30 days of the first day of service pursuant to 28 U.S.C. § 1446(b) and, therefore, is timely.

5.  Attached as **Exhibit B** is a notice of emergency motion and motion that Plaintiffs filed with the Circuit Court of Cook County requesting that the complaint be re-filed under seal.

6.  Attached as **Exhibit C** is a second notice of emergency motion and motion that Plaintiffs filed with the Circuit Court of Cook County requesting that the complaint be re-filed under seal.

7.  Attached as **Exhibit D** is an order that Cook County Circuit Court Judge Lynn M. Egan ordering that the complaint be re-filed under seal.

8.  Pursuant to Local Rule 5.7, a copy of the complaint is being contemporaneously filed with the Clerk for the Northern District of Illinois under seal and in paper form.

9.  Pursuant to 28 U.S.C. §1446(a), Sensient states that the summons and complaint is the only "process, pleadings, [or] orders" served upon it in the state court proceedings.

10. Plaintiffs assert a claim against Sensient based, in part, on Sensient's alleged violation of "Federal . . . food allergen labeling laws."

11. This action is removable pursuant to 28 U.S.C. § 1441(b) because this Court has original jurisdiction over this action under 28 U.S.C. § 1331.

12. Plaintiffs' right to relief against Sensient necessarily depends on the resolution of a substantial question of federal law involving the Food Allergen Labeling and Consumer Protection Act ("FALCPA") of 2004, Pub. L. No. 108–282, 118 Stat. 905 (codified at 21 U.S.C. §§ 321qq, 343–1(a)(2), 343(w)). A violation of FALCPA is an essential element of plaintiffs' purported claim that Sensient was supposedly negligent for failing to warn consumers of the alleged presence of certain allergens in a flavor that it supplied to McDonald's.

13. Pursuant to 28 U.S.C. § 1441(d), Sensient has forwarded a copy of this Notice of Removal to the Circuit Court of Cook County, Illinois by Federal Express.

14. Pursuant to 28 U.S.C. § 1441(d), Sensient has also forwarded a copy of this Notice of Removal to Plaintiffs' counsel and McDonald's counsel by Federal Express.

15. As shown by **Exhibit E** attached hereto, McDonald's joins in this removal.

16. By filing this Notice of Removal, Sensient reserves any and all available defenses.

Dated this 6th day of March, 2008.

MICHAEL BEST & FRIEDRICH LLP

_____
Christopher R. Parker, Esq.
crparker@michaelbest.com
Two Prudential Plaza
189 North Stetson Avenue, Suite 2000
Chicago, Illinois 60601
Phone: (312) 222-0800
Fax: (312) 222-0818

Attorneys for Sensient Flavors, Inc.

**OF COUNSEL**
Paul F. Linn, Wis. Bar No. 1009685
pflinn@michaelbest.com
Ted A Wisnefski, Wis Bar No. 1038316
tawisnefski@michaelbest.com
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI 53202-4108
Phone: (414) 271-6560
Fax: (414) 277-0656

X:\CLIENTB\085516\0030\A2490040.3