| 2120 - Served | 2121 - Served |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| **SUMMONS** | **ALIAS - SUMMONS** |

served 2/8/08

CCG N001-75M-2/28/05 (43480658)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, _____LAW_____ DIVISION

(Name all parties)
EDWIN BRZTOWSKI, VIKTORIA HUFFMAN, andd BRAEDYN PIERCE-COGGINS, by his mother and next friend SUZANNE PIERCE-COGGINS,

v.

MCDONALD'S CORPORATION and SENSIENT TECHNOLOGIES CORPORATION, d/b/a/SENSIENT FLAVOR, INC.,

No. 2008L001132
CALENDAR/ROOM J
TIME 00:00
Product Liability

Sheriff Please Serve:
Sensient Technologies Corp., Headquarter
777 E. Wisconsin Avenue
Milwaukee, WI 53202-5304

### SUMMONS

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☒ Richard J. Daley Center, 50 W. Washington, Room ___801___, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

JAN 3 1 2008

WITNESS, _____

Atty. No.: 31846
Name: Thomas E. Pakenas
Atty. for: Plaintiffs
Address: 641 W. Lake Street, Suite 400
City/State/Zip: Chicago, IL 60661
Telephone: 312-258-4800

Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone Number)

Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY,**

EXHIBIT
A

IN THE CIRCUIT OF COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

EDWIN BRZTOWSKI, VIKTORIA )
HUFFMAN, and BRAEDYN PIERCE- )
COGGINS, a minor by his mother and )
next friend, SUZANNE PIERCE- )
COGGINS, )
        Plaintiffs, )
                             ) No.: 08 L 001132
vs. )
MCDONALD'S CORPORATION and )
SENSIENT TECHNOLOGIES CORP., )
d/b/a SENSIENT FLAVORS, INC., )
)
        Defendants. )

### NOTICE OF EMERGENCY MOTION

To:  Mr. Geoffrey A. Vance
      McDermott Will & Emery
      227 W. Monroe Street
      Chicago, IL 60606-5096
      Fax: (312) 984-7700

On **February 22, 2008 at 9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Egan, in room 2205 or any judge sitting in his/her stead, in the courtroom usually occupied by him in the Richard J. Daley Center, Chicago, Illinois, and then and there present the attached Notice of Emergency Motion and Plaintiffs' Emergency Motion to Re-File Plaintiffs Complaint Under Seal.

Dale and Pakenas                             Attorneys for Plaintiff
641 W. Lake Street, #400               Attorney Code: 31846
Chicago, Illinois 60661                  (312) 258-1800

### PROOF OF SERVICE BY FACSIMILE

I, Thomas E. Pakenas, being first duly sworn on oath, deposes and says that he served a copy of the above Notice by Facsimile, together with the above-named documents upon the above-named attorney(s) by faxing true and correct copies thereof, on the 21 day of February, 2008.

SUBSCRIBED and SWORN TO BEFORE
ME THIS 21 DAY OF February, 2008.

OFFICIAL SEAL
ANGELINA VANDERMOLEN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/04/11


EXHIBIT B

IN THE CIRCUIT OF COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| EDWIN BRZTOWSKI, VIKTORIA HUFFMAN, and BRAEDYN PIERCE- COGGINS, a minor by his mother and next friend, SUZANNE PIERCE- COGGINS,<br><br>Plaintiffs,<br><br>vs.<br><br>MCDONALD'S CORPORATION and SENSIENT TECHNOLOGIES CORP., d/b/a SENSIENT FLAVORS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No.:  08 L 001132<br>)<br>)<br>)<br>)<br>)<br>) |

### EMERGENCY MOTION TO RE-FILE PLAINTIFFS' COMPLAINT UNDER SEAL

NOW COME, the Plaintiffs, EDWIN BRZTOWSKI, VIKTORIA HUFFMAN, and BRAEDYN PIERCE- COGGINS, a minor by his mother and next friend, SUZANNE PIERCE- COGGINS, by their attorneys, DALE & PAKENAS, and move this honorable court for entry of an order allowing Plaintiffs to remove the current version of their complaint from the court file replacing it with a complaint filed under seal. In support of this motion, Plaintiffs state:

1. Plaintiffs filed a multi-count against McDonald's Corporation on January 31, 2008.

2. Defendant McDonald's contends that various portions of said complaint run afoul of a protective order entered in regards to McDonald's French fries litigation pending before the Honorable Elaine E. Bucklo in the U.S. District Court for the Northern District of Illinois.

3. Plaintiffs deny this contention but in a good faith effort to work with Defendant toward a successful resolution of this case as well as avoiding the necessity of devoting time and the court's resources to side issues, Plaintiff asks this court for entry of an order allowing Plaintiff to

remove the current version of Plaintiff's complaint and replacing it with a version filed under seal.

WHEREFORE, Plaintiffs ask this court for entry of an order allowing the removal of the current version of Plaintiffs' complaint from the court file and allowing Plaintiffs to file a complaint under seal, instanter.

                                    Respectfully submitted,

                       By: _____
                             Thomas E. Pakenas, one of the Attorneys
                             for the Plaintiffs

Dale & Pakenas
641 W. Lake Street, Suite 400
Chicago, IL 60661
(312) 258-1800
Attorney I.D.: 31846

IN THE CIRCUIT OF COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

EDWIN BRZTOWSKI, VIKTORIA )
HUFFMAN, and BRAEDYN PIERCE- )
COGGINS, a minor by his mother and )
next friend, SUZANNE PIERCE- )
COGGINS, )
       Plaintiffs, )
        ) No.: 08 L 001132
vs. )
MCDONALD'S CORPORATION and )
SENSIENT TECHNOLOGIES CORP., )
d/b/a SENSIENT FLAVORS, INC., )
        )
       Defendants. )

### NOTICE OF EMERGENCY MOTION

To:  Mr. Geoffrey A. Vance
      McDermott Will & Emery
      227 W. Monroe Street
      Chicago, IL 60606-5096
      Fax: (312) 984-7700

    On **February 26, 2008, at 9:15 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Lynn Egan, in room 1904 or any judge sitting in her stead, in the courtroom usually occupied by her in the Richard J. Daley Center, Chicago, Illinois, and then and there present the attached Notice of Emergency Motion and Plaintiffs' Emergency Motion to Re-File Plaintiffs Complaint Under Seal.

Dale and Pakenas
641 W. Lake Street, #400
Chicago, Illinois 60661

Attorneys for Plaintiff
Attorney Code: 31846
(312) 258-1800

### PROOF OF SERVICE BY FACSIMILE

    I, Thomas E. Pakenas, being first duly sworn on oath, deposes and says that he served a copy of the above Notice by Facsimile, together with the above-named documents upon the above-named attorney(s) by faxing true and correct copies thereof, on the 22, day of February, 2008.

SUBSCRIBED and SWORN TO BEFORE
ME THIS 22, DAY OF February, 2008

OFFICIAL SEAL
ANGELINA VANDERMOLEN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/06/11

EXHIBIT
C

IN THE CIRCUIT OF COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

EDWIN BRZTOWSKI, VIKTORIA )
HUFFMAN, and BRAEDYN PIERCE- )
COGGINS, a minor by his mother and )
next friend, SUZANNE PIERCE- )
COGGINS, )
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiffs, )
　　　　　　　　　　　　　　　　　　　　)
vs. ) No.:   08 L 001132
　　　　　　　　　　　　　　　　　　　　)
MCDONALD'S CORPORATION and )
SENSIENT TECHNOLOGIES CORP., )
d/b/a SENSIENT FLAVORS, INC., )
　　　　　　　　　　　　　　　　　　　　)
　　　　　Defendants. )

### EMERGENCY MOTION TO RE-FILE PLAINTIFFS' COMPLAINT UNDER SEAL

NOW COME, the Plaintiffs, EDWIN BRZTOWSKI, VIKTORIA HUFFMAN, and BRAEDYN PIERCE- COGGINS, a minor by his mother and next friend, SUZANNE PIERCE-COGGINS, by their attorneys, DALE & PAKENAS, and move this honorable court for entry of an order allowing Plaintiffs to remove the current version of their complaint from the court file replacing it with a complaint filed under seal. In support of this motion, Plaintiffs state:

1. Plaintiffs filed a multi-count against McDonald's Corporation on January 31, 2008.

2. Defendant McDonald's contends that various portions of said complaint run afoul of a protective order entered in regards to McDonald's French fries litigation pending before the Honorable Elaine E. Bucklo in the U.S. District Court for the Northern District of Illinois.

3. Plaintiffs deny this contention but in a good faith effort to work with Defendant toward a successful resolution of this case as well as avoiding the necessity of devoting time and the court's resources to side issues, Plaintiff asks this court for entry of an order allowing Plaintiff to