UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| EDWIN BRZTOWSKI, VIKTORIA HUFFMAN, and B. P.-C., a minor by his mother and next friend, SUZANNE PIERCE-COGGINS, | 08 CV 1354 |
| | JUDGE SHADUR |
| Plaintiffs, | MAGISTRATE JUDGE VALDEZ |
| v. | |
| MCDONALD'S CORPORATION, and SENSIENT TECHNOLOGIES CORP., d/b/a SENSIENT FLAVORS, INC., | |
| Defendants. | |

**EXHIBIT D TO THE NOTICE OF REMOVAL**

**FILED UNDER SEAL**

PART OF DOCKET ENTRY #   **1**