UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

**FILED**
MAR 0 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| EDWIN BRZTOWSKI, VIKTORIA HUFFMAN, and B. P.-C., a minor by his mother and next friend, SUZANNE PIERCE-COGGINS,,<br><br>Plaintiffs,<br><br>v.<br><br>MCDONALD'S CORPORATION, and, SENSIENT TECHNOLOGIES CORP., d/b/a SENSIENT FLAVORS, INC.,<br><br>Defendants. | No.<br><br>08CV 1354<br>JUDGE SHADUR<br>MAGISTRATE JUDGE VALDEZ |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441(b), and 1446, defendant Sensient Technologies, Inc. ("Sensient"), by its undersigned attorneys, removes to this Court the case styled *Edwin Brztowski, et al. vs. McDonald's Corporation, et al.*, currently pending as case number 2008LC001152 in the Circuit Court of Cook County, Illinois.

In support of removal, Sensient states as follows:

1. Plaintiffs filed a summons and complaint against McDonald's Corporation ("McDonald's") and Sensient in the Circuit Court of Cook County, Illinois on January 31, 2008.

2. Plaintiffs served Sensient with a copy of the summons and complaint on February 8, 2008. Attached as **Exhibit A** is a true and correct copy of the summons.

3. Plaintiffs served McDonald's with a copy of the summons and complaint on February 13, 2008.

4. This Notice of Removal is filed within 30 days of the first day of service pursuant to 28 U.S.C. § 1446(b) and, therefore, is timely.

5. Attached as **Exhibit B** is a notice of emergency motion and motion that Plaintiffs filed with the Circuit Court of Cook County requesting that the complaint be re-filed under seal.

6. Attached as **Exhibit C** is a second notice of emergency motion and motion that Plaintiffs filed with the Circuit Court of Cook County requesting that the complaint be re-filed under seal.

7. Attached as **Exhibit D** is an order that Cook County Circuit Court Judge Lynn M. Egan ordering that the complaint be re-filed under seal.

8. Pursuant to Local Rule 5.7, a copy of the complaint is being contemporaneously filed with the Clerk for the Northern District of Illinois under seal and in paper form.

9. Pursuant to 28 U.S.C. §1446(a), Sensient states that the summons and complaint is the only "process, pleadings, [or] orders" served upon it in the state court proceedings.

10. Plaintiffs assert a claim against Sensient based, in part, on Sensient's alleged violation of "Federal . . . food allergen labeling laws."

11. This action is removable pursuant to 28 U.S.C. § 1441(b) because this Court has original jurisdiction over this action under 28 U.S.C. § 1331.

12. Plaintiffs' right to relief against Sensient necessarily depends on the resolution of a substantial question of federal law involving the Food Allergen Labeling and Consumer Protection Act ("FALCPA") of 2004, Pub. L. No. 108–282, 118 Stat. 905 (codified at 21 U.S.C. §§ 321qq, 343–1(a)(2), 343(w)). A violation of FALCPA is an essential element of plaintiffs' purported claim that Sensient was supposedly negligent for failing to warn consumers of the alleged presence of certain allergens in a flavor that it supplied to McDonald's.

13. Pursuant to 28 U.S.C. § 1441(d), Sensient has forwarded a copy of this Notice of Removal to the Circuit Court of Cook County, Illinois by Federal Express.

14. Pursuant to 28 U.S.C. § 1441(d), Sensient has also forwarded a copy of this Notice of Removal to Plaintiffs' counsel and McDonald's counsel by Federal Express.

15. As shown by **Exhibit E** attached hereto, McDonald's joins in this removal.

16. By filing this Notice of Removal, Sensient reserves any and all available defenses.

Dated this 6th day of March, 2008.

                                                        MICHAEL BEST & FRIEDRICH LLP

                                                       Christopher R. Parker, Esq.
crparker@michaelbest.com
Two Prudential Plaza
189 North Stetson Avenue, Suite 2000
Chicago, Illinois 60601
Phone: (312) 222-0800
Fax: (312) 222-0818

Attorneys for Sensient Flavors, Inc.

**OF COUNSEL**
Paul F. Linn, Wis. Bar No. 1009685
pflinn@michaelbest.com
Ted A Wisnefski, Wis Bar No. 1038316
tawisnefski@michaelbest.com
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI 53202-4108
Phone: (414) 271-6560
Fax: (414) 277-0656

X:\CLIENTB\085516\0030\A2490040.3

| 2120 - Served | 2121 - Served |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS - SUMMONS |

Served 2/8/08

CCG N001-75M-2/28/05 (43480658)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, _____LAW_____ DIVISION

(Name all parties)
EDWIN BRZTOWSKI, VIKTORIA HUFFMAN, and BRAEDYN PIERCE-COGGINS, by his mother and next friend SUZANNE PIERCE-COGGINS,

v.

MCDONALD'S CORPORATION and SENSIENT TECHNOLOGIES CORPORATION, d/b/a/SENSIENT FLAVOR, INC.,

No. 2008L001132
CALENDAR/ROOM J
TIME 00:00
Product Liability

Sheriff Please Serve:
Sensient Technologies Corp., Headquarter
777 E. Wisconsin Avenue
Milwaukee, WI 53202-5304

### SUMMONS

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☒ Richard J. Daley Center, 50 W. Washington, Room __801__, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

☐ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60426

☐ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

JAN 3 1 2008

Atty. No.: 31846
Name: Thomas E. Pakenas
Atty. for: Plaintiffs
Address: 641 W. Lake Street, Suite 400
City/State/Zip: Chicago, IL 60661
Telephone: 312-258-4800

Service by Facsimile Transmission will be accepted at: _____
(Area Code) (Facsimile Telephone Number)

WITNESS, _____

_____
Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY,

EXHIBIT A

IN THE CIRCUIT OF COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| EDWIN BRZTOWSKI, VIKTORIA HUFFMAN, and BRAEDYN PIERCE-COGGINS, a minor by his mother and next friend, SUZANNE PIERCE-COGGINS,<br><br>        Plaintiffs,<br><br>vs.<br><br>MCDONALD'S CORPORATION and SENSIENT TECHNOLOGIES CORP., d/b/a SENSIENT FLAVORS, INC.,<br><br>        Defendants. | No.:   08 L 001132 |

### NOTICE OF EMERGENCY MOTION

To:   Mr. Geoffrey A. Vance
       McDermott Will & Emery
       227 W. Monroe Street
       Chicago, IL 60606-5096
       <u>Fax: (312) 984-7700</u>

       On <u>February 22, 2008 at 9:30 a.m.</u>, or as soon thereafter as counsel may be heard, I shall appear before the Honorable <u>Judge Egan</u>, in room <u>2205</u> or any judge sitting in his/her stead, in the courtroom usually occupied by him in the Richard J. Daley Center, Chicago, Illinois, and then and there present the attached Notice of Emergency Motion and Plaintiffs' Emergency Motion to Re-File Plaintiffs Complaint Under Seal.

| | |
|---|---|
| Dale and Pakenas<br>641 W. Lake Street, #400<br>Chicago, Illinois 60661 | Attorneys for Plaintiff<br>Attorney Code: 31846<br>(312) 258-1800 |

### PROOF OF SERVICE BY FACSIMILE

       I, Thomas E. Pakenas, being first duly sworn on oath, deposes and says that he served a copy of the above Notice by Facsimile, together with the above-named documents upon the above-named attorney(s) by faxing true and correct copies thereof, on the 21 day of February, 2008.

SUBSCRIBED and SWORN TO BEFORE
ME THIS 21 DAY OF February, 2008.

NOTARY OFFICIAL SEAL
ANGELINA VANDERMOLEN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/04/11



EXHIBIT B

IN THE CIRCUIT OF COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| EDWIN BRZTOWSKI, VIKTORIA HUFFMAN, and BRAEDYN PIERCE-COGGINS, a minor by his mother and next friend, SUZANNE PIERCE-COGGINS,<br><br>Plaintiffs,<br><br>vs.<br><br>MCDONALD'S CORPORATION and SENSIENT TECHNOLOGIES CORP., d/b/a SENSIENT FLAVORS, INC.,<br><br>Defendants. | No.:  08 L 001132 |

### EMERGENCY MOTION TO RE-FILE PLAINTIFFS' COMPLAINT UNDER SEAL

NOW COME, the Plaintiffs, EDWIN BRZTOWSKI, VIKTORIA HUFFMAN, and BRAEDYN PIERCE- COGGINS, a minor by his mother and next friend, SUZANNE PIERCE-COGGINS, by their attorneys, DALE & PAKENAS, and move this honorable court for entry of an order allowing Plaintiffs to remove the current version of their complaint from the court file replacing it with a complaint filed under seal. In support of this motion, Plaintiffs state:

1. Plaintiffs filed a multi-count against McDonald's Corporation on January 31, 2008.

2. Defendant McDonald's contends that various portions of said complaint run afoul of a protective order entered in regards to McDonald's French fries litigation pending before the Honorable Elaine E. Bucklo in the U.S. District Court for the Northern District of Illinois.

3. Plaintiffs deny this contention but in a good faith effort to work with Defendant toward a successful resolution of this case as well as avoiding the necessity of devoting time and the court's resources to side issues, Plaintiff asks this court for entry of an order allowing Plaintiff to

remove the current version of Plaintiff's complaint and replacing it with a version filed under seal.

WHEREFORE, Plaintiffs ask this court for entry of an order allowing the removal of the current version of Plaintiffs' complaint from the court file and allowing Plaintiffs to file a complaint under seal, instanter.

Respectfully submitted,

By: _____
Thomas E. Pakenas, one of the Attorneys for the Plaintiffs

Dale & Pakenas
641 W. Lake Street, Suite 400
Chicago, IL 60661
(312) 258-1800
Attorney I.D.: 31846

IN THE CIRCUIT OF COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

EDWIN BRZTOWSKI, VIKTORIA )
HUFFMAN, and BRAEDYN PIERCE- )
COGGINS, a minor by his mother and )
next friend, SUZANNE PIERCE- )
COGGINS, )
       Plaintiffs, )
      ) No.:  08 L 001132
vs. )
MCDONALD'S CORPORATION and )
SENSIENT TECHNOLOGIES CORP., )
d/b/a SENSIENT FLAVORS, INC., )
       Defendants. )

## NOTICE OF EMERGENCY MOTION

To:  Mr. Geoffrey A. Vance
      McDermott Will & Emery
      227 W. Monroe Street
      Chicago, IL 60606-5096
      Fax: (312) 984-7700

On **February 26, 2008, at 9:15 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Lynn Egan, in room 1904 or any judge sitting in her stead, in the courtroom usually occupied by her in the Richard J. Daley Center, Chicago, Illinois, and then and there present the attached Notice of Emergency Motion and Plaintiffs' Emergency Motion to Re-File Plaintiffs Complaint Under Seal.

Dale and Pakenas
641 W. Lake Street, #400
Chicago, Illinois 60661

Attorneys for Plaintiff
Attorney Code: 31846
(312) 258-1800

## PROOF OF SERVICE BY FACSIMILE

I, Thomas E. Pakenas, being first duly sworn on oath, deposes and says that he served a copy of the above Notice by Facsimile, together with the above-named documents upon the above-named attorney(s) by faxing true and correct copies thereof, on the 22, day of February, 2008.

SUBSCRIBED and SWORN TO BEFORE
ME THIS 22, DAY OF February, 2008

OFFICIAL SEAL
ANGELINA VANDERMOLEN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/06/11

EXHIBIT
C

IN THE CIRCUIT OF COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| EDWIN BRZTOWSKI, VIKTORIA HUFFMAN, and BRAEDYN PIERCE-COGGINS, a minor by his mother and next friend, SUZANNE PIERCE-COGGINS, <br><br> Plaintiffs, <br><br> vs. <br><br> MCDONALD'S CORPORATION and SENSIENT TECHNOLOGIES CORP., d/b/a SENSIENT FLAVORS, INC., <br><br> Defendants. | No.: 08 L 001132 |

### EMERGENCY MOTION TO RE-FILE PLAINTIFFS' COMPLAINT UNDER SEAL

NOW COME, the Plaintiffs, EDWIN BRZTOWSKI, VIKTORIA HUFFMAN, and BRAEDYN PIERCE- COGGINS, a minor by his mother and next friend, SUZANNE PIERCE-COGGINS, by their attorneys, DALE & PAKENAS, and move this honorable court for entry of an order allowing Plaintiffs to remove the current version of their complaint from the court file replacing it with a complaint filed under seal. In support of this motion, Plaintiffs state:

1. Plaintiffs filed a multi-count against McDonald's Corporation on January 31, 2008.

2. Defendant McDonald's contends that various portions of said complaint run afoul of a protective order entered in regards to McDonald's French fries litigation pending before the Honorable Elaine E. Bucklo in the U.S. District Court for the Northern District of Illinois.

3. Plaintiffs deny this contention but in a good faith effort to work with Defendant toward a successful resolution of this case as well as avoiding the necessity of devoting time and the court's resources to side issues, Plaintiff asks this court for entry of an order allowing Plaintiff to

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| EDWIN BRZTOWSKI, VIKTORIA HUFFMAN, and B. P.-C., a minor by his mother and next friend, SUZANNE PIERCE-COGGINS, )<br>)<br>)<br>)<br>) | 08 CV 1354<br><br>JUDGE SHADUR |
| Plaintiffs, )<br>v. )<br>)<br>MCDONALD'S CORPORATION, and SENSIENT TECHNOLOGIES CORP., d/b/a SENSIENT FLAVORS, INC., )<br>)<br>)<br>)<br>)<br>Defendants. ) | MAGISTRATE JUDGE VALDEZ |

**EXHIBIT D TO THE NOTICE OF REMOVAL**

**FILED UNDER SEAL**

PART OF DOCKET ENTRY # **1**

# McDermott Will & Emery

Boston Brussels Chicago Düsseldorf London Los Angeles Miami Munich
New York Orange County Rome San Diego Silicon Valley Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Geoffrey A. Vance
Attorney at Law
gvance@mwe.com
312.984.7593

February 20, 2008

**VIA ELECTRONIC & U.S. MAIL**

Thomas E. Pakenas
DALE & PAKENAS
641 West Lake Street
Suite 400
Chicago, IL 60661

Re:  *In re McDonald's French Fries Litigation* (N.D. Ill.)
     *Brztowski, et al. v. McDonald's Corp., et al.* (Cook County, IL)

Dear Mr. Pakenas:

This law firm represents McDonald's Corporation in the *In re McDonald's French Fries Litigation* pending before the Honorable Elaine E. Bucklo in the U.S. District Court for the Northern District of Illinois, and also has been retained to represent McDonald's in the *Brztowski* action that you filed in the Circuit Court of Cook County, Illinois. The *Brztowski* complaint contains numerous allegations that disclose information produced to you in confidence pursuant to Judge Bucklo's protective order and Addendum 1 to the protective order. Please take immediate corrective action by withdrawing the current *Brztowski* complaint from the state court clerk's office and either re-filing it under seal or submitting a substantially redacted version for the public file by the end of the week, so that there will be no need for us to file a motion asking Judge Bucklo to enforce her protective order and the addendum.

Sincerely,

Geoffrey A. Vance
GAV/rwc
cc: MDL Co-Lead Counsel

CHI99 4944167-1.022635.0022

**EXHIBIT E**