**FILED**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**

MAR 0 6 2008   **NF**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

EDWIN BRZTOWSKI, VIKTORIA
HUFFMAN, and B. P.-C., a minor by his
mother and next friend, SUZANNE PIERCE-
COGGINS,,

        Plaintiffs,

    v.

MCDONALD'S CORPORATION, and,
SENSIENT TECHNOLOGIES CORP.,
d/b/a SENSIENT FLAVORS, INC.,

        Defendants.

08CV 1354
JUDGE SHADUR
MAGISTRATE JUDGE VALDEZ

## SENSIENT TECHNOLOGIES CORP.'S DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, Sensient Technologies Corp.

("Sensient") states that it is a corporation organized under the laws of Wisconsin and its stock is

publicly traded.  Sensient has no parent company and no entity owns more than 5% of Sensient.

Dated this 6th day of March, 2008.

        **MICHAEL BEST & FRIEDRICH LLP**

        Christopher R. Parker, Esq.
        crparker@michaelbest.com
        Two Prudential Plaza
        189 North Stetson Avenue, Suite 2000
        Chicago, Illinois 60601
        Phone: (312) 222-0800
        Fax:  (312) 222-0818

        Attorneys for Sensient Flavors, Inc.

**OF COUNSEL**
Paul F. Linn, Wis. Bar No. 1009685
pflinn@michaelbest.com
Ted A Wisnefski, Wis. Bar No. 1038316
tawisnefski@michaelbest.com
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI  53202-4108
Phone: (414) 271-6560
Fax: (414) 277-0656

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**

| | |
|---|---|
| EDWIN BRZTOWSKI, VIKTORIA HUFFMAN, and B. P.-C., a minor by his mother and next friend, SUZANNE PIERCE-COGGINS,, | |
| Plaintiffs, | No. |
| v. | |
| MCDONALD'S CORPORATION, and, SENSIENT TECHNOLOGIES CORP., d/b/a SENSIENT FLAVORS, INC., | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Christopher R. Parker, certify that a true and correct copy of the Notice of Removal filed in the above-referenced matter was forwarded on March 6, 2008 by Federal Express (overnight delivery) to Plaintiffs' counsel, Thomas E. Pakenas, Dale & Pakenas, 641 West Lake Street, Suite 400, Chicago, Illinois 60661 and McDonald's Corporation's counsel, Geoffrey A. Vance, McDermott Will & Emery, 227 West Monroe Street, Chicago, Illinois 60606-5096.

Dated this 6th day of March, 2008.

Christopher R. Parker