# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number

**EDWIN BRZTOWSKI, et al., v. McDONALD'S CORPORATION, et al.**

**1:08-cv-1354**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**McDONALD'S CORPORATION**

| |
|---|
| SIGNATURE <br> s/ Geoffrey A. Vance |
| FIRM <br> MCDERMOTT WILL & EMERY LLP |
| STREET ADDRESS <br> 227 West Monroe Street |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6231366 | 312.372.2000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

      I, Geoffrey A. Vance, an attorney for McDonald's Corporation, hereby certify this 10th day of March, 2008, that I served true and correct copies of the foregoing document via United States Mail by: (1) placing copies of the document in envelopes addressed to the parties and attorneys listed below; (2) affixing the appropriate postage on each envelope; and (3) depositing the envelopes in the United States Mail Box located at 227 West Monroe Street in Chicago, Illinois.

/s/  Geoffrey A. Vance

Geoffrey A. Vance [#6231366]
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Suite 4400
Chicago, Illinois  60606
Phone: (312) 372-2000
Email: gvance@mwe.com

## Service List

Attorney for Plaintiffs

Thomas E. Pakenas
Dale & Pakenas
641 West Lake Street
Suite 400
Chicago, IL 60661
(312) 258-1800
Email: tpakenas@earthlink.net

Attorney for Sensient Technologies Corp.

Christopher R. Parker
Michael Best & Friedrich LLP
180 North Stetson Avenue
Suite 2000
Chicago, IL 60601
(312) 222-0800
Fax: 312 (222)-0818
Email: crparker@michaelbest.com