IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDWIN BRZTOWSKI, VIKTORIA HUFFMAN, and B. P-C, a minor by his mother and next friend, SUZANNE PIERCE-COGGINS,<br><br>        Plaintiffs,<br><br>    vs.<br><br>McDONALD'S CORPORATION and SENSIENT TECHNOLOGIES CORP. d/b/a SENSIENT FLAVORS, INC.,<br><br>        Defendants. | Case No.: 1:08-cv-1354 |

## McDONALD'S CORPORATION'S CONSENT TO REMOVAL

Defendant McDonald's Corporation hereby consents to the removal of the above-captioned matter from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division.

Respectfully submitted this 10th day of March, 2008,

                                            **McDONALD'S CORPORATION**

                                            /s/  Geoffrey A. Vance

                                            Geoffrey A. Vance [#6231366]
                                            MCDERMOTT WILL & EMERY LLP
                                            227 West Monroe Street
                                            Suite 4400
                                            Chicago, Illinois  60606
                                            Phone: (312) 372-2000
                                            Email: gvance@mwe.com

## CERTIFICATE OF SERVICE OF DOCUMENT BY ELECTRONIC MEANS

  I, Geoffrey A. Vance, an attorney for McDonald's Corporation, certify that I served the above instrument upon all parties and counsel of record listed on the Service List set forth below by electronic mail and through the CM/ECF Document Filing System on this 10th day of March, 2008.

                  /s/ Geoffrey A. Vance

                  Geoffrey A. Vance [#6231366]
                  MCDERMOTT WILL & EMERY LLP
                  227 West Monroe Street
                  Suite 4400
                  Chicago, Illinois 60606
                  Phone: (312) 372-2000
                  Email: gvance@mwe.com

## Service List

Attorney for Plaintiffs

Thomas E. Pakenas
Dale & Pakenas
641 West Lake Street
Suite 400
Chicago, IL 60661
(312) 258-1800
Email: tpakenas@earthlink.net

Attorney for Sensient Technologies Corp.

Christopher R. Parker
Michael Best & Friedrich LLP
180 North Stetson Avenue
Suite 2000
Chicago, IL 60601
(312) 222-0800
Fax: 312 (222)-0818
Email: crparker@michaelbest.com