IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDWIN BRZTOWSKI, VIKTORIA HUFFMAN, and B. P-C, a minor by his mother and next friend, SUZANNE PIERCE-COGGINS,<br><br>        Plaintiffs,<br><br>        vs.<br><br>McDONALD'S CORPORATION and SENSIENT TECHNOLOGIES CORP. d/b/a SENSIENT FLAVORS, INC.,<br><br>        Defendants. | Case No.: 1:08-cv-1354 |

## NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT

In compliance with LR 3.2 of the Civil Rules of this Court, McDonald's Corporation ("McDonald's") states:

(1) it has no parent corporation, and

(2) Marsico Capital Management, LLC owns more than 5% of McDonald's stock.

Respectfully submitted this 10th day of March, 2008,

                              **McDONALD'S CORPORATION**

                              /s/ Geoffrey A. Vance

                              Geoffrey A. Vance [#6231366]
                              McDermott Will & Emery llp
                              227 West Monroe Street
                              Suite 4400
                              Chicago, Illinois 60606
                              Phone: (312) 372-2000
                              Email: gvance@mwe.com

Michael A. Pope [#2232464]
William P. Schuman [#3124458]
McDermott Will & Emery llp
227 West Monroe Street
Suite 4400
Chicago, Illinois 60606
(312) 372-2000

## CERTIFICATE OF SERVICE OF DOCUMENT BY ELECTRONIC MEANS

     I, Geoffrey A. Vance, an attorney for McDonald's Corporation, certify that I served the above instrument upon all parties and counsel of record listed on the Service List set forth below by electronic mail and through the CM/ECF Document Filing System on this 10th day of March, 2008.

/s/  Geoffrey A. Vance

Geoffrey A. Vance [#6231366]
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Suite 4400
Chicago, Illinois  60606
Phone: (312) 372-2000
Email:  gvance@mwe.com

## Service List

Attorney for Plaintiffs

Thomas E. Pakenas
Dale & Pakenas
641 West Lake Street
Suite 400
Chicago, IL 60661
(312) 258-1800
Email: tpakenas@earthlink.net

Attorney for Sensient Technologies Corp.

Christopher R. Parker
Michael Best & Friedrich LLP
180 North Stetson Avenue
Suite 2000
Chicago, IL 60601
(312) 222-0800
Fax: 312 (222)-0818
Email: crparker@michaelbest.com