UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| EDWIN BRZTOWSKI, VIKTORIA HUFFMAN, and B. P.-C., a minor by his mother and next friend, SUZANNE PIERCE-COGGINS,,<br><br>Plaintiffs,<br><br>v.<br><br>MCDONALD'S CORPORATION, and, SENSIENT TECHNOLOGIES CORP., d/b/a SENSIENT FLAVORS, INC.,<br><br>Defendants. | No. 08-CV-1354 |

**SENSIENT TECHNOLOGIES CORPORATION'S EXPEDITED MOTION TO KEEP PLAINTIFF'S COMPLAINT UNDER SEAL**

Pursuant to Local Rules 5.7 and 26.2, defendant Sensient Technologies Corporation ("Sensient") respectfully requests that the Court keep plaintiffs' complaint under seal. In support of its motion, Sensient states as follows:

1.  Sensient removed the complaint from the Cook County Circuit Court on March 6, 2008.

2.  At the time of removal, Sensient filed the complaint under seal pursuant to Local Rule 5.7.

3.  The complaint contains certain nonpublic information and valuable trade secret information that plaintiffs' counsel learned during the course of discovery in the pending multi-district litigation (In re *McDonald's French Fries Litigation*, Northern District of Illinois Case No 1:06-cv-04467), currently before Judge Elaine Bucklo. Sensient is not a party to that litigation.

4.  Judge Bucklo issued a protective order in the *McDonald's French Fries Litigation* which covers discovery. Judge Bucklo also issued an addendum to the protective order to cover

non-party therein Sensient's discovery responses in the *McDonald's French Fries Litigation*. A copy of this protective order is attached as **Exhibit A**. A copy of the addendum is attached as **Exhibit B**.

5. Plaintiff herein incorporated certain information subject to the protective order and addendum in their complaint in this action. This was brought to plaintiffs' attention.

6. While still before the Cook County Circuit Court, plaintiffs filed an Emergency Motion to Refile Plaintiffs' Complaint Under Seal to avoid arguments that it violated Judge Bucklo's protective order. A copy of this motion is attached as **Exhibit C**.

7. Judge Lynn M. Egan of the Cook County Circuit Court granted Plaintiffs' Emergency Motion to Refile Plaintiffs' Complaint Under Seal. A copy of this order is attached as **Exhibit D**.

8. Counsel for Sensient has contacted counsel for plaintiffs' and counsel for defendant, McDonald's Corporation. Neither objects to this motion.

WHEREFORE, defendant Sensient, respectfully requests that the Court grant this Expedited Motion to Keep Plaintiffs' Complaint Under Seal.

Dated this 10th day of March, 2008.

**MICHAEL BEST & FRIEDRICH LLP**

/s Christopher R. Parker
Christopher R. Parker, Esq.
crparker@michaelbest.com
Two Prudential Plaza
189 North Stetson Avenue, Suite 2000
Chicago, Illinois 60601
Phone: (312) 222-0800
Fax:  (312) 222-0818

Attorneys for Technologies Corporation.

**OF COUNSEL**
Paul F. Linn, Wis. Bar No. 1009685
pflinn@michaelbest.com
Ted A Wisnefski, Wis. Bar No. 1038316
tawisnefski@michaelbest.com
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI  53202-4108
Phone: (414) 271-6560
Fax: (414) 277-0656