IN THE CIRCUIT OF COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

EDWIN BRZTOWSKI, VIKTORIA          )
HUFFMAN, and BRAEDYN PIERCE-       )
COGGINS, a minor by his mother and )
next friend, SUZANNE PIERCE-       )
COGGINS,                           )
                                   )
            Plaintiffs,            )
                                   )
vs.                                )        No.:    08 L 001132
                                   )
MCDONALD'S CORPORATION and         )
SENSIENT TECHNOLOGIES CORP.,       )
d/b/a SENSIENT FLAVORS, INC.,      )
                                   )
            Defendants.            )

## EMERGENCY MOTION TO RE-FILE PLAINTIFFS' COMPLAINT UNDER SEAL

NOW COME, the Plaintiffs, EDWIN BRZTOWSKI, VIKTORIA HUFFMAN, and

BRAEDYN PIERCE- COGGINS, a minor by his mother and next friend, SUZANNE PIERCE-

COGGINS, by their attorneys, DALE & PAKENAS, and move this honorable court for entry of

an order allowing Plaintiffs to remove the current version of their complaint from the court file

replacing it with a complaint filed under seal. In support of this motion, Plaintiffs state:

1.    Plaintiffs filed a multi-count against McDonald's Corporation on January 31, 2008.

2.    Defendant McDonald's contends that various portions of said complaint run afoul of a

protective order entered in regards to McDonald's French fries litigation pending before the

Honorable Elaine E. Bucklo in the U.S. District Court for the Northern District of Illinois.

3.    Plaintiffs deny this contention but in a good faith effort to work with Defendant toward a

successful resolution of this case as well as avoiding the necessity of devoting time and the

court's resources to side issues, Plaintiff asks this court for entry of an order allowing Plaintiff to



EXHIBIT
C

remove the current version of Plaintiff's complaint and replacing it with a version filed under

seal.

WHEREFORE, Plaintiffs ask this court for entry of an order allowing the removal of the

current version of Plaintiffs' complaint from the court file and allowing Plaintiffs to file a

complaint under seal, instanter.

Respectfully submitted,

By: _____

Thomas E. Pakenas, one of the Attorneys
for the Plaintiffs

Dale & Pakenas
641 W. Lake Street, Suite 400
Chicago, IL 60661
(312) 258-1800
Attorney I.D.: 31846