Order                                CCG N002-300M-2/24/05 (          )

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

EDWIN BRZTOWSKI et. al.

v.

McDonald's Corp. et. al.

No. 08 L 1132

AGREED

### ORDER

This cause coming to be heard upon Plaintiff's motion to remove the Plaintiff's complaint and replace it with the complaint at law filed under seal, due notice given and the court fully advised, states:

IT IS HEREBY ORDERED Plaintiff's motion is granted. Plaintiff is given leave to remove file stamped copy from the court file and replace same with a sealed copy.

Atty. No.: 31876
Name: Thomas Peters
Atty. for: Plaintiff
Address: 631 W. Lake #400
City/State/Zip: Chicago, IL 60661
Telephone: (312) 258-1800

ENTERED: FEB 26 2008
Dated: Circuit Court - 1883

**JUDGE LYNN M. EGAN**

Judge                              Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY



EXHIBIT D