## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| EDWIN BRZTOWSKI, VIKTORIA HUFFMAN, and B. P.-C., a minor by his mother and next friend, SUZANNE PIERCE-COGGINS,, <br><br> Plaintiffs, <br><br> v. <br><br> MCDONALD'S CORPORATION, and, SENSIENT TECHNOLOGIES CORP., d/b/a SENSIENT FLAVORS, INC., <br><br> Defendants. | No.  08-CV-1354 |

### NOTICE OF MOTION

TO:   Thomas E. Pakenas, Esq.        Geoffrey A. Vance, Esq.
      Dale & Pakenas                            McDermott Will & Emery
      641 West Lake Street, Suite 400   227 West Monroe Street
      Chicago, Illinois 60661                  Chicago, Illinois 60606-5096
      Attorneys for Plaintiffs                   Attorneys for McDonald's Corporation

PLEASE BE ADVISED that on Tuesday March 11, 2008, at 9:15 a.m., the undersigned will appear before the Honorable Milton I. Shadur in Room 2388 of the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois and then and there present the foregoing *Expedited Motion to Keep Plaintiffs' Complaint Under Seal*, copies of which are hereby served upon you.

Dated this 10th day of March, 2008.

**MICHAEL BEST & FRIEDRICH LLP**

/s Christopher R. Parker
Christopher R. Parker, Esq.
crparker@michaelbest.com
Two Prudential Plaza
189 North Stetson Avenue, Suite 2000
Chicago, Illinois 60601
Phone: (312) 222-0800
Fax:  (312) 222-0818

Attorneys for Sensient Technologies Corporation.

**OF COUNSEL**
Paul F. Linn, Wis. Bar No. 1009685
pflinn@michaelbest.com
Ted A Wisnefski, Wis. Bar No. 1038316
tawisnefski@michaelbest.com
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI  53202-4108
Phone: (414) 271-6560
Fax: (414) 277-0656