UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| EDWIN BRZTOWSKI, VIKTORIA HUFFMAN, and B. P.-C., a minor by his mother and next friend, SUZANNE PIERCE-COGGINS,, <br><br> Plaintiffs, <br><br> v. <br><br> MCDONALD'S CORPORATION, and, SENSIENT TECHNOLOGIES CORP., d/b/a SENSIENT FLAVORS, INC., <br><br> Defendants. | No. 08-CV-1354 |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2008, I electronically filed *Sensient Technologies Corporation's Expedited Motion to Keep Plaintiffs' Complaint Under Seal, Notice of Motion* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Thomas E. Pakenas, Esq.
Dale & Pakenas
641 West Lake Street, Suite 400
Chicago, Illinois 60661

Geoffrey A. Vance, Esq.
McDermott Will & Emery
227 West Monroe Street
Chicago, Illinois 60606-5096

/s Christopher R. Parker
Christopher R. Parker, Esq.
crparker@michaelbest.com
Two Prudential Plaza
189 North Stetson Avenue, Suite 2000
Chicago, Illinois 60601
Phone: (312) 222-0800
Fax: (312) 222-0818

Attorneys for Sensient Technologies Corporation.