UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| EDWIN BRZTOWSKI, VIKTORIA HUFFMAN, and B. P.-C., a minor by his mother and next friend, SUZANNE PIERCE-COGGINS,, <br><br> Plaintiffs, <br><br> v. <br><br> MCDONALD'S CORPORATION, and, SENSIENT TECHNOLOGIES CORP., d/b/a SENSIENT FLAVORS, INC., <br><br> Defendants. | No. 08-CV-1354 |

**PROPOSED ORDER ON SENSIENT TECHNOLOGIES CORPORATION'S EXPEDITED MOTION TO KEEP PLAINTIFFS' COMPLAINT UNDER SEAL**

This Court having considered Sensient Technologies Corporation's Expedited Motion to Keep Plantiffs' Complaint Under Seal ("the Motion"), concludes that good cause exists to keep plaintiffs' complaint under seal pursuant to Local Rules 5.7 and 26.2.

It is therefore ORDERED that plaintiffs' complaint shall remain under seal until further order of the Court.

IT IS SO ORDERED:


Dated March ____, 2008          _____
                                The Honorable Judge Milton I. Shadur