IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDWIN BRZTOWSKI, VIKTORIA HUFFMAN, and B. P-C, a minor by his mother and next friend, SUZANNE PIERCE-COGGINS,<br><br>      Plaintiffs,<br>vs.<br><br>McDONALD'S CORPORATION and SENSIENT TECHNOLOGIES CORP. d/b/a SENSIENT FLAVORS, INC.,<br><br>      Defendants. | Case No.: 1:08-cv-1354<br>Hon. Milton I. Shadur |

## UNOPPOSED MOTION FOR EXTENSIONS OF TIME

Defendants McDonald's Corporation ("McDonald's") and Sensient Technologies Corp. ("Sensient") jointly move this Court to extend the time in which they must answer or otherwise respond to plaintiffs' complaint by thirty (30) days, from March 13, 2008 to and including April 21, 2008. (April 19 falls on a Saturday). In support of this motion, McDonald's and Sensient state that plaintiffs have agreed to the thirty-day extensions requested herein, and further state as follows:

    1.    On January 31, 2008, plaintiffs commenced this action in the Circuit Court of Cook County, Illinois.

    2.    Plaintiffs served Sensient with a copy of the summons and complaint on February 8, 2008, and served McDonald's with a copy of the summons and complaint on February 13, 2008.

    3.    On March 6, 2008, Sensient filed a Notice of Removal, thereby removing the action from the Circuit Court of Cook County, Illinois, to this Court. (Doc. 1). McDonald's consented to the removal. (*See* Doc. 7).

4. The deadline for Sensient's and McDonald's responses to plaintiffs' complaint is currently March 13, 2008. FED. R. CIV. P. 81(c).

5. McDonald's and Sensient request thirty (30) day extensions of time, to April 21, 2008, so they may have a sufficient amount of time in which to prepare appropriate responses to the complaint.

6. Pursuant to this Court's Case Management Procedures, the undersigned sought plaintiffs' agreement to the thirty-day extensions requested in this motion, and plaintiffs have agreed to the requested extensions as to both defendants.

7. Counsel for Sensient has authorized the undersigned to submit this motion as a joint motion on behalf of Sensient.

**WHEREFORE**, McDonald's Corporation and Sensient Technologies Corp. respectfully move this Court for the entry of an Order extending the time in which both defendants, McDonald's and Sensient, must respond to plaintiffs' complaint from March 13, 2008 to and including April 21, 2008.

Respectfully submitted this 10th day of March, 2008,

**McDONALD'S CORPORATION**

/s/  Geoffrey A. Vance

Geoffrey A. Vance [#6231366]
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Suite 4400
Chicago, Illinois  60606
Phone: (312) 372-2000
Email: gvance@mwe.com

**CERTIFICATE OF SERVICE OF DOCUMENT BY ELECTRONIC MEANS**

    I, Geoffrey A. Vance, an attorney for McDonald's Corporation, certify that all parties of record are represented by E-Filers in the Court's ECF Document Filing System through which all E-Filer counsel have been served with the above instrument by electronic mail on this 10th day of March, 2008.

          /s/ Geoffrey A. Vance

          Geoffrey A. Vance [#6231366]
          MCDERMOTT WILL & EMERY LLP
          227 West Monroe Street
          Suite 4400
          Chicago, Illinois 60606
          Phone: (312) 372-2000
          Email: gvance@mwe.com