IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDWIN BRZTOWSKI, VIKTORIA HUFFMAN, and B. P-C, a minor by his mother and next friend, SUZANNE PIERCE-COGGINS,<br><br>    Plaintiffs,<br>  vs.<br><br>McDONALD'S CORPORATION and SENSIENT TECHNOLOGIES CORP. d/b/a SENSIENT FLAVORS, INC.,<br><br>    Defendants. | Case No.: 1:08-cv-1354<br>Hon. Milton I. Shadur |

## NOTICE OF UNOPPOSED MOTION

PLEASE TAKE NOTICE that on **Thursday**, **March 13, 2008**, at **9:15 a.m.**, or at such other time specified by the Court, we will appear before the Honorable Milton I. Shadur, in the courtroom usually occupied by him (Courtroom 2303) in the United States Courthouse, Everett McKinley Dirksen Building, at 219 South Dearborn Street, Chicago, Illinois, and will then and there present Defendants' **UNOPPOSED MOTION FOR EXTENSIONS OF TIME,** a copy of which is herewith served upon you.

Respectfully submitted this 10th day of March, 2008,

**McDONALD'S CORPORATION**

/s/  Geoffrey A. Vance

Geoffrey A. Vance [#6231366]
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Suite 4400
Chicago, Illinois  60606
Phone: (312) 372-2000
Email: gvance@mwe.com

**CERTIFICATE OF SERVICE OF DOCUMENT BY ELECTRONIC MEANS**

    I, Geoffrey A. Vance, an attorney for McDonald's Corporation, certify that all parties of record are represented by E-Filers in the Court's ECF Document Filing System through which all E-Filer counsel have been served with the above instrument by electronic mail on this 10th day of March, 2008.

    /s/ Geoffrey A. Vance

Geoffrey A. Vance [#6231366]
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Suite 4400
Chicago, Illinois 60606
Phone: (312) 372-2000
Email: gvance@mwe.com