# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

Edwin Brztowski, Viktoria Huffman,
and B. P.-C., a minor by his mother
and next friend, Suzanne Pierce-Coggins,
vs.
McDonald's Corporation, and Sensient Tech.,
Corp., d/b/a Sensient Flavors, Inc.

Case Number: 08 CV 1354

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Edwin Brztowski, Plaintiff
Viktoria Huffman, Plaintiff
Braedyn Pierce-Coggins, a minor by his mother
and next friend, Suzanne Pierce-Coggins, Plaintiff

NAME (Type or print)
Thomas E. Pakenas

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/

FIRM
Law Offices of Dale & Pakenas

STREET ADDRESS
641 W. Lake Street, Suite 400

CITY/STATE/ZIP
Chicago, IL 60661

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6205267 | (312) 258-1800 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES [x] NO [ ]

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES [x] NO [ ]

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES [x] NO [ ]

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES [x] NO [ ]

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ] APPOINTED COUNSEL [ ]