UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

EDWIN BRZTOWSKI, VIKTORIA HUFFMAN, and BRAEDYN PIERCE-COGGINS, a minor by his mother and next friend, SUZANNE PIERCE-COGGINS,

    Plaintiffs,

v.

MCDONALD'S CORPORATION, and, SENSIENT TECHNOLOGIES CORP., d/b/a SENSIENT FLAVORS, INC.,

    Defendants.

No. 08-CV-1354

## PLAINTIFFS' MOTION TO REMAND

NOW COMES the Plaintiff, EDWIN BRZTOWSKI, an individual, VIKTORIA HUFFMAN, an individual, and BRAEDYN PIERCE-COGGINS, a minor by his mother and next friend, SUSAN PIERCE-COGGINS, by and through their attorneys, Dale & Pakenas, and for their Motion to Remand, state:

1. This motion is brought pursuant to 28 U.S.C. § 1447 to remand this case back to Illinois State Court where the action was originally filed on January 31, 2008, in the Circuit Court of Cook County, Illinois (The "State Court"). This action was improperly removed to the United States District Court Northern District of Illinois Eastern Division in that there is absolutely no federal court subject matter jurisdiction.

2. Contrary to Defendant's assertions this action does not necessarily depend on the resolution of a substantial question of federal law involving the Food Allergen Labeling and Consumer Protection Act ("FALCPA") of 2004, Pub. L. No. 108-282, 118 Stat. 905

(codified at 21 U.S.C. Sections 321 qq, 343-1 (a) (2), 343 (w)). A violation of FALCPA is neither plead by Plaintiffs nor an essential element of Plaintiffs' claim that Sensient negligently ███████████████████████████████████████ ██████████████ Further, the underlying claims against Defendant McDonald's assert pure Illinois substantive causes of action which demand personal injury damages.

3.　　Plaintiffs file contemporaneously with this Motion their memorandum of law in support.

WHEREFORE, Plaintiffs respectfully request that this Court grant Plaintiffs' Motion to Remand and remand this action back to the Circuit Court of Cook County, Illinois, that the Court award Plaintiffs their attorney's fees and costs in prosecuting this Motion to Remand and that the Court grant all such other and further relief as the court deems just and proper.

Dated: March 24, 2008.

Respectfully submitted,

By:　　/s/ Thomas E. Pakenas
Thomas E. Pakenas, USDC # 6205267
tpakenas@earthlink.net
Dale & Pakenas
641 W. Lake Street, Suite 400
Chicago, IL 60661
(312) 258-1800
(312) 258-1804 (facsimile)
COUNSEL FOR PLAINTIFFS