UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS-EASTERN DIVISION

| | |
|---|---|
| EDWIN BRZTOWSKI, VIKTORIA HUFFMAN, and BRAEDYN PIERCE-COGGINS, a minor by his mother and next friend, SUZANNE PIERCE-COGGINS, <br><br> Plaintiffs, <br> v. <br> MCDONALD'S CORPORATION, and, SENSIENT TECHNOLOGIES CORP., d/b/a SENSIENT FLAVORS, INC., <br><br> Defendants. | Case No. 08-CV-1354 <br><br> Honorable Milton I. Shadur |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Thursday**, **March 27, 2008** at **9:15 a.m.**, or at such other time specified by the Court, we will appear before the Honorable Milton I. Shadur, in the courtroom usually occupied by him (Courtroom 2303) in the United States Courthouse, Everett McKinley Dirksen Building, at 219 South Dearborn Street, Chicago, Illinois, and will then and there present Plaintiff's Motion to Remand, a copy of which is herewith served upon you.

Respectfully submitted this 24th day of March, 2008.

EDWIN BRZTOWSKI, et., al.

/s Thomas E. Pakenas
Dale & Pakenas     [#6206267]
tpakenas@earthlink.net
641 W. Lake Street, Suite 400
Chicago, IL 60661
Phone: (312) 258-1800
Fax: (312) 258-1804

## SERVICE OF DOCUMENT BY ELECTRONIC AND OTHER MEANS

I, Thomas E. Pakenas, certify that I served the above document upon counsel of record for defendants in 08-CV-1354 by electronic mail this 24th day of March, 2008.

/s Thomas E. Pakenas

### Other Counsel in 08-CV-1354

Christopher R. Parker, Esq.  
Michael Best, Ltd.  
crparker@michaelbest.com

Geoffrey A. Vance, Esq.  
McDermott Will & Emery  
gvance@mwe.com

Matthew F. Madden, Esq.  
McDermott Will & Emery LLP  
mmadden@mwe.com