# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                            Case Number: 08 cv 1354
Brztowski, et. al., Plaintiffs,

v.

McDonald's Corporation, et. al., Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Sensient Technologies Corp.

| |
|---|
| NAME (Type or print) <br> Michael A. Stiegel |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Michael A. Stiegel |
| FIRM <br> Michael Best & Friedrich LLP |
| STREET ADDRESS <br> Two Prudential Plaza, 180 N. Stetson Ave., Suite 2000 |
| CITY/STATE/ZIP <br> Chicago IL  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 02735830 | TELEPHONE NUMBER <br> 312.222.0800 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |
|---|