IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EDWIN BRZTOWSKI, VIKTORIA HUFFMAN, and BRAEDYN PIERCE-COGGINS, a minor by his mother and next Friend, SUZANNE PIERCE-COGGINS, <br>　　　　　Plaintiffs, <br><br>v. <br><br>MCDONALD'S CORPORATION, and, SENSIENT TECHNOLOGIES CORP., d/b/a SENSIENT FLAVORS, INC., <br>　　　　　Defendants. | No.: 08 CV 1354 <br><br> Honorable Milton I. Shadur |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on this date I have filed with the Clerk of the Court of the United States District Court Northern District of Illinois-Eastern Division, this Notice of Filing, Plaintiffs First Amended Complaint.

DATED this 27th day of March, 2008.

/s Thomas E. Pakenas
DALE & PAKENAS
641 W. Lake Street, Suite 400
Chicago, IL 60661
Ph# 312/258-1800
ARDC# 6206267

## SERVICE OF DOCUMENT BY ELECTRONIC AND OTHER MEANS

I, Thomas E. Pakenas, certify that I served the above document upon counsel of record for defendants in 08-CV-1354 by electronic mail this 27th day of March, 2008.

/s Thomas E. Pakenas

### Other Counsel in 08-CV-21354

Christopher R. Parker, Esq.
Michael Best, Ltd.
crparker@michaelbest.com

Matthew F. Madden, Esq.
McDermott Will & Emery LLP
mmadden@mwe.com

Geoffrey A. Vance, Esq.
McDermott Will & Emery
gvance@mwe.com