## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1354 | **DATE** | 3/27/2008 |
| **CASE TITLE** | Brztowski vs. McDonald's Corp. | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Plaintiff's oral motion to strike ¶ 15 from Count 9 of Plaintiff's Complaint is granted. Plaintiff's motion to remand (17-1) is granted. This action is ordered remanded to the Circuit Court of Cook County under 28 U.S.C. 1447( c) for lack of subject matter jurisdiction. The Clerk is directed to mail the remand order forthwith.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | SN |
|---|---|---|