# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| Brztowski | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 1354 |
| McDonald's Corp. | |

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered remanding this action to the Circuit Court of Cook County.

Michael W. Dobbins, Clerk of Court

Date: 3/27/2008　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　/s/ Sandy Newland, Deputy Clerk